**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Donielle Rashi ROSS, Defendant-
Appellant.**

**No. 16-11443
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed January 10, 2018

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Kevin Joel Page, Douglas Anthony Morris, Esq., Federal Public Defender's Office,

Northern District of Texas, Dallas, TX, for Defendant-Appellant

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: *

This panel affirmed the judgment of sentence. *United States v. Ross*, 689 Fed. Appx. 237 (5th Cir. 2017) (per curiam). The Supreme Court summarily reversed and remanded "for further consideration in light of *Dean v. United States*, 581 U.S. ——, 137 S.Ct. 1170, 197 L.Ed. 2d 490 (2017)." *Ross v. United States*, —— U.S. ——, 138 S.Ct. 422, 199 L.Ed.2d 309 (2017).

The judgment is VACATED and RE-MANDED. This panel has not sought supplemental briefing, instead leaving it to the district court to consider, in the first instance, the applicability of *Dean*. We express no view on what action the district court should take on remand.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.